# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ARTICLE III JUSTICE OF COUNSEL  5 USC 702 • 5 USC 704 • US CONST. AMENDMENT 6

JERMAINE NATHANIEL @O\$M GLYNN

DONALD JOHN TRUMP SENIOR

Write the full name of each plaintiff.

**26 CV 3229**

(Include case number if one has been assigned)

-against-

ALMAR LATOUR CHIEF EXECUTIVE OFFICER

KHADEEJA SAFDAR

JOSEPH PALAZZOLO

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

RECEIVED
SDNY PRO SE OFFICE
2026 APR 20  AM 11:09

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

U.S. CONST AMENDMENT 5

28 USC 4101

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

JERMAINE              NATHANIEL @OSly     GLYNN
First Name              Middle Initial        Last Name

442 EAST 176 STREET APARTMENT 21
Street Address

BRONX                        NEW YORK             10457
County, City                    State                Zip Code

213.595.5126
Telephone Number                Email Address (if available)

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of

(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

DONALD                JOHN  ®Osm        TRUMP          SENIOR

First Name              Middle Initial       Last Name

1600  PENNSYLVANIA  AVENUE  NORTH  WEST

Street Address

WASHINGTON DISTRICT OF COLUMBIA  MARYLAND        20500

County, City                                State              Zip Code

202.456.2121

Telephone Number                    Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    ALMAR                    LATOUR
                First Name                Last Name

CHIEF EXECUTIVE OFFICER  DOW JONES INCORPORATED
Current Job Title (or other identifying information)

1211 AVENUE OF THE AMERICAS
Current Work Address (or other address where defendant may be served)

NEW YORK          NEW YORK          10036
County, City            State            Zip Code

Defendant 2:    JOSEPH                   PALAZZOLO
                First Name                Last Name

REPORTER    WALL STREET JOURNAL
Current Job Title (or other identifying information)

1211 AVENUE OF THE AMERICAS
Current Work Address (or other address where defendant may be served)

NEW YORK          NEW YORK          10036
County, City            State            Zip Code

Defendant 3:    KHADEEJA                 SAFDAR
                First Name                Last Name

REPORTER
Current Job Title (or other identifying information)

1211 AVENUE OF THE AMERICAS
Current Work Address (or other address where defendant may be served)

NEW YORK          NEW YORK          10036
County, City            State            Zip Code

Page 4

Defendant 4: _____

      First Name                    Last Name

_____

      Current Job Title (or other identifying information)

_____

      Current Work Address (or other address where defendant may be served)

_____

      County, City               State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _NEW YORK NEW YORK 1211 AVENUE OF THE AMERICAS_

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

U.S. CONSTITUTION AMENDMENT 5

DONALD JOHN TRUMP SENIOR SHALL NOT ANSWER OR SHALL NOT BE HELD TO ANSWER FOR A CAPITAL OR OTHERWISE INFAMOUS CRIME UNLESS ON AN INDICTMENT OF A GRAND JURY. NOR SHALL DONALD JOHN TRUMP SENIOR BE SUBJECT FOR THE SAME OFFENSE TO BE TWICE PUT IN JEOPARDY OF LIFE OR LIMB NOR SHALL DONALD JOHN TRUMP SENIOR BE COMPELLED IN ANY CRIMINAL CASE TO BE A WITNESS AGAINST HIMSELF NOR SHALL DONALD JOHN TRUMP SENIOR BE DEPRIVED OF LIFE LIBERTY OR PROPERTY WITHOUT DUE PROCESS OF LAW NOR SHALL DONALD JOHN TRUMP SENIOR'S PRIVATE PROPERTY BE TAKEN FOR PUBLIC USE WITHOUT JUST COMPENSATION.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

28 USC 4101 DONALD JOHN TRUMP SENIOR DEFAMED. SLANDERED AND A VICTIM OF LIBEL. FALSE SPEECH. DAMAGE TO REPUTATION. EMOTIONAL DISTRESS. HAVE BEEN PRESENTED IN A FALSE LIGHT. RESULTING IN CRITISISM DISHONOR AND CONDEMNATION OF DONALD JOHN TRUMP SENIOR

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

JUDGMENT AS A MATTER OF LAW 28 USC 4101 DEFENDANTS ARE FOUND GUILTY AND ORDERED TO PAY DONALD JOHN TRUMP SENIOR MANDATORY RESTITUTION IN THE AMOUNT SIX BILLION UNITED STATES DOLLARS [$6 000 000 000.] THE TERM "DEFAMATION" MEANS ANY ACTION OR OTHER PROCEEDING FOR DEFAMATION. LIBEL. SLANDER. OR SIMILAR CLAIM ALLEGING THAT FORMS OF SPEECH ARE FALSE HAVE CAUSED DAMAGE TO REPUTATION OR EMOTIONAL DISTRESS HAVE PRESENTED DONALD JOHN TRUMP SENIOR IN A FALSE LIGHT. OR HAVE RESULTED IN CRITISISM. DISHONOR OR CONDEMNATION OF DONALD JOHN @DJT TRUMP SENIOR

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_APRIL. 20. 2026_
Dated

_18 USC 666_
Plaintiff's Signature

_JERMAINE_            _NATHANIEL_            _GLYNN_
First Name            Middle Initial            Last Name

_442 EAST 176 STREET APARTMENT NUMBER 21_
Street Address

_Bronx_            _NEW YORK_            _10457_
County, City            State            Zip Code

_213. 595. 5726_
Telephone Number            Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| _APRIL 20 2026_ | _NOT APPLICABLE_ |
| Dated | Plaintiff's Signature |
| _DONALD_    _JOHN @@☺☼_ | _TRUMP SENIOR_ |
| First Name    Middle Initial | Last Name |
| _1600 PENNSYLVANIA AVENUE NORTH WEST_ | |
| Street Address | |
| _WASHINGTON DISTRICT OF COLUMBIA_    _MARYLAND_ | _20500_ |
| County, City    State | Zip Code |
| _202.456.2121_ | |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7